```
                    UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF CALIFORNIA


K.E.R., a child under the age
of 18 years, by INGRID M.
RILEY, her mother and Guardian
ad Litem, and MICHAEL R.
RILEY and INGRID M. RILEY,
individually,
                                      NO. CIV. S-13-1401 LKK/AC
          Plaintiffs,

     v.
                                              O R D E R
PFIZER, INC., a Delaware
Corporation; PFIZER
INTERNATIONAL, LLC, a
New York Limited Liability
Corporation; McKESSON
CORPORATION, individually
and d/b/a NORTHSTAR RX LLC,
a Delaware Corporation;
WYETH PHARMACEUTICALS, INC.,
and DOES 1 through 100,
inclusive,

          Defendants.
                                     /
```

Pending before the court in the above-captioned case is plaintiff's motion to remand, currently set for hearing on September 9, 2013. (ECF No. 11.)

////

1

1      For administrative reasons, the hearing will be CONTINUED
2 until September 23, 2013 at 10:00 a.m. The deadlines for filing an
3 opposition to this motion (August 26, 2013) and a reply, if any
4 (September 3, 2013), remain unchanged.
5      IT IS SO ORDERED.
6      DATED:  August 15, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2