UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

K.E.R., a child under the age
of 18 years, by INGRID M.
RILEY, her mother and Guardian
ad Litem, and MICHAEL R.
RILEY and INGRID M. RILEY,
individually,

        NO. CIV. S-13-1401 LKK/AC

    Plaintiffs,

  v.

        O R D E R

PFIZER, INC., a Delaware
Corporation; PFIZER
INTERNATIONAL, LLC, a
New York Limited Liability
Corporation; McKESSON
CORPORATION, individually
and d/b/a NORTHSTAR RX LLC,
a Delaware Corporation;
WYETH PHARMACEUTICALS, INC.,
and DOES 1 through 100,
inclusive,

    Defendants.
_____/

    Pending before the court in the above-captioned case is Plaintiffs' motion to remand, currently set for hearing on September 23, 2013, and defendants Pfizer, Inc., Pfizer International LLC, and Wyeth Pharmaceuticals, Inc.'s ("Pfizer

1

Defendants") motion to stay proceedings, currently set for hearing on October 7, 2013.

Upon review of the parties' filings, it appears that these matters are sufficiently interrelated so as to merit hearing on the same date. After consulting by telephone with counsel for Plaintiffs and for the Pfizer Defendants, the court hereby orders as follows:

[1] The hearings on plaintiffs' motion to remand (ECF No. 11) and the Pfizer Defendants' motion to stay (ECF No. 15) is CONTINUED to November 4, 2013 at 10:00 a.m. With respect to Plaintiffs' motion to remand, the deadline for filing a reply (September 3, 2013) remains unchanged. With respect to the Pfizer Defendants' motion to stay proceedings, the deadlines to file an opposition (September 23, 2013) and a reply, if any (September 30, 2013) also remain unchanged.

[2] The initial scheduling conference set for October 7, 2013 at 10:30 a.m. is VACATED. A new initial scheduling conference date will be set if the case remains with this court.

IT IS SO ORDERED.

DATED: August 28, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT